```
                                                    FILED
1  Russell A. Robinson, 163937                    NOV - 8 2005
   Law Office of Russell A. Robinson
2  345 Grove Street                              RICHARD W. WIEKING
   First Floor                                 CLERK, U.S. DISTRICT COURT
3  San Francisco CA 94102                     NORTHERN DISTRICT OF CALIFORNIA
   Telephone:   415.255.0462
   Facsimile:   415.431.4526
4
5  Attorney for Plaintiff
   BRYAN BRUMFIELD
6
7
8              UNITED STATES DISTRICT COURT
9         NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO
10
   BRYAN BRUMFIELD,              )  No.  C-04-1862-MHP
11                               )
          Plaintiff,              )  STIPULATION TO CONTINUE
                                  )  HEARING AND BRIEFING SCHEDULE
12 v.                             )  ON DEFENDANTS' MOTION FOR
                                  )  SUMMARY JUDGMENT, AND TO
13 CITY OF OAKLAND, OAKLAND FIRE )  ADJUST CERTAIN DEADLINES;
   DEPARTMENT, FIRE CHIEF GERALD )  [Proposed] ORDER THEREON
14 SIMON, and DOES 1-100,         )
                                  )
15         Defendants.            )
```

THE PARTIES HERETO, THROUGH COUNSEL OF RECORD, HEREBY STIPULATE AS FOLLOWS:

Defendants filed their motion for summary judgment. With a hearing date of November 28, 2005, Plaintiff's opposition is due November 7, 2005. Plaintiff's counsel, in view of other, pressing matters filed before Defendants' motion herein, requested the defense agree to move the hearing to December 12, 2005, and that the new opposition deadline be November 21, 2005. The defense agreed, provided the Court's calendar has the December 12, 2005, date available. The defense also requested that several dates be moved to account for the new motion date, and Plaintiff agreed to these modifications as well.

---

[Brumfield v. City of Oakland, et al. (C-04-1862-MHP)]
STIPULATION TO CONTINUE HEARING AND
BRIEFING SCHEDULE ON DEFENDANTS' MOTION
FOR SUMMARY JUDGMENT, AND TO ADJUST
CERTAIN DEADLINES; [Proposed] ORDER THEREON

P010.STIP

Therefore, the parties stipulate and request the following changes be made to the current calendar for this case:

| | |
|---|---|
| Hearing on Defendants' motion for summary judgment: | December 12, 2005 |
| Opposition deadline for filing and service: | November 21, 2005 |
| Reply deadline for filing and service | November 28, 2005 |
| Last date to disclose expert witnesses: | January 6, 2006 |
| Last date to complete non-expert discovery: | January 6, 2006 |

Date: 26 Oct 2005

Law Office of Russell A. Robinson
By:   Russell A. Robinson
Attorneys for Plaintiff
BRYAN BRUMFIELD

Date: 10/31/05

Office of the City Attorney, City of Oakland
By:   Stephen Q. Rowell, Deputy City Attorney
Attorneys for Defendants
CITY OF OAKLAND and GERALD SIMON

### ORDER

Based on the above stipulation, the Court finds good cause exists to grant the request, and hereby orders as follows:

| | |
|---|---|
| Hearing on Defendants' motion for summary judgment: | December 12, 2005, at 2:00 pm |
| Opposition deadline for filing and service: | November 21, 2005 |
| Reply deadline for filing and service | November 28, 2005 |
| Last date to disclose expert witnesses: | January 6, 2006 |
| Last date to complete non-expert discovery: | January 6, 2006 |

**IT IS SO ORDERED.**

Date: 11/7/05

JUDGE MARILYN HALL PATEL
United States District Court, N. Dist. Of California

[Brumfield v. City of Oakland, et al. (C-04-1862-MHP)]
STIPULATION TO CONTINUE HEARING AND
BRIEFING SCHEDULE ON DEFENDANTS' MOTION
FOR SUMMARY JUDGMENT, AND TO ADJUST
CERTAIN DEADLINES; [Proposed] ORDER THEREON       - 2 -                                   P010.STIP